Christa J. Jewsbury, Esq.  (IN #27180-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cjewsbury@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB # 255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
        bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL J. ULCH,<br>      Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br>TRANS UNION, LLC; and EQUIFAX<br>INFORMATION SERVICES, LLC;<br>      Defendants. | CASE NO. 3:11-cv-05681-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

      Plaintiff Michael J. Ulch, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:11-CV-05681-CRB**
Page 1 of 3

Respectfully submitted,

Date: March 23, 2012

s/ Mark F. Anderson (with consent)
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA 94108-2711
Telephone: 415-651-1951
Fax: 415-956-3233
E-Mail: mark@aoblawyers.com

*Counsel for Michael J. Ulch*

Date: March 26, 2012

s/ Christa J. Jewsbury
Christa J. Jewsbury, Esq. (IN #27180-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cjewsbury@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
        bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff Michael J. Ulch and Defendant Trans Union, LLC shall each
3  bear their own costs and attorneys' fees.

4
5
6  Date:  _April 2, 2012_____   _____
7  JUDGE, United States District Court, Northern District of California
8
9  DISTRIBUTION TO:
10

| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
|---|---|
| Tomio B. Narita, Esq.<br>tnarita@snllp.com | R. Travis Campbell, Esq.<br>tcampbell@snllp.com |
| Christa J. Jewsbury, Esq.<br>cjewsbury@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:11-CV-05681-CRB**