1  Christa J. Jewsbury, Esq.  (IN #27180-49)
      (admitted *Pro Hac Vice)*
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  cjewsbury@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Michael W. Bien, Esq. (CSB #96891)
   Blake Thompson, Esq. (CSB # 255600)
8  Rosen, Bien & Galvan, LLP
   315 Montgomery Street, Tenth Floor
9  San Francisco, CA  94104
   Telephone:  415-433-6830
10 Fax:  415-433-7104
   E-Mail:  mbien@rbg-law.com
11           bthompson@rbg-law.com

12 *Local Counsel for Defendant Trans Union, LLC*

13

14                UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17 MICHAEL J. ULCH,                        ) CASE NO. 3:11-cv-05681-CRB
              Plaintiff,                   )
18                                         ) **STIPULATION AND
       vs.                                 ) [PROPOSED] ORDER OF
19                                         ) DISMISSAL WITH PREJUDICE
   PORTFOLIO RECOVERY ASSOCIATES, LLC;     ) BETWEEN PLAINTIFF AND
20 TRANS UNION, LLC; and EQUIFAX           ) DEFENDANT TRANS UNION,
   INFORMATION SERVICES, LLC;              ) LLC ONLY**
21            Defendants.                  )
                                           )
22                                         )

23
        Plaintiff Michael J. Ulch, by counsel, and Defendant Trans Union, LLC ("Trans
24
   Union"), by counsel, hereby stipulate and agree that all matters herein between them have been
25
   compromised and settled, and that Plaintiff's cause against Trans Union only should be
26
   dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.
27

28

Respectfully submitted,

Date: March 23, 2012

*s/ Mark F. Anderson (with consent)*
Mark F. Anderson, Esq.
Anderson, Ogilvie & Brewer, LLP
600 California Street, 18th Floor
San Francisco, CA  94108-2711
Telephone:  415-651-1951
Fax:  415-956-3233
E-Mail:  mark@aoblawyers.com

*Counsel for Michael J. Ulch*

Date: March 26, 2012

*s/ Christa J. Jewsbury*
Christa J. Jewsbury, Esq.  (IN #27180-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cjewsbury@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Blake Thompson, Esq. (CSB #255600)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
             bthompson@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice.  Plaintiff Michael J. Ulch and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  _April 2, 2012_____          _____
                                           JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
|---|---|
| Tomio B. Narita, Esq.<br>tnarita@snllp.com | R. Travis Campbell, Esq.<br>tcampbell@snllp.com |
| Christa J. Jewsbury, Esq.<br>cjewsbury@schuckitlaw.com | |