ANDERSON, OGILVIE & BREWER, LLP
Mark F. Anderson       (SBN 44787)
600 California Street, 18th FL
San Francisco, CA 94108
Tel:    (415) 651-1951
Email: mark@aoblawyers.com
Fax:    (415) 956-3233

Attorneys for Plaintiff Michael J. Ulch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ULCH,<br><br>            Plaintiff,<br><br>     vs.<br>PORTFOLIO RECOVERY ASSOCIATES, INC.;<br>et al;<br><br><br>            Defendants. | Case No. 11-05681 CRB MED<br><br>STIPULATION FOR DISMISSAL |

Plaintiff Michael J. Ulch, by counsel, and Defendant Portfolio Recovery Associates, LLC and Defendant Equifax Information Services LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against both defendants may be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 11, 2012.

ANDERSON, OGILVIE & BREWER LLP

By:    /s/ Mark F Anderson
       Mark F. Anderson
       Attorneys for Plaintiff Michael J. Ulch

*Ulch v Portfolio Recovery Associates, et al.*, N.D.Cal., Case no. 11-05681 CRB MED
Stip re Dismissal                                                                                                1

1  Dated: June 14, 2012

2                                              /s/ Stephanie Cope
                                               Stephanie Cope (*pro hac vice*)
3                                              King & Spalding LLP
                                               1180 Peachtree Street, N.E.
4                                              Atlanta, GA 30309

5
                                               Counsel for Equifax Information
6                                              Services, LLC

7  Dated: June 11, 2012.

8                                              /s/ *Tomio B. Narita*
                                               Tomio B. Narita
9                                              R. Travis Campbell
                                               Simmonds & Narita
10                                             44 Montgomery Street, Suite 3010
                                               San Francisco, CA 94104-4816
11
                                               Counsel for Portfolio Recovery
12                                             Associates LLC

13

14     Signed:  June 19, 2012

15
                                  IT IS SO ORDERED
16
17
                                  Judge Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28
*Ulch v Portfolio Recovery Associates, et al.*, N.D.Cal., Case no. 11-05681 CRB MED
Stip re Dismissal                                                                    2