ANDERSON, OGILVIE & BREWER, LLP
Mark F. Anderson        (SBN 44787)
600 California Street, 18th FL
San Francisco, CA 94108
Tel:    (415) 651-1951
Email: mark@aoblawyers.com
Fax:    (415) 956-3233

Attorneys for Plaintiff Michael J. Ulch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ULCH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC.;<br>et al;<br><br><br>　　　　Defendants. | Case No. 11-05681 CRB MED<br><br>STIPULATION FOR DISMISSAL |

Plaintiff Michael J. Ulch, by counsel, and Defendant Portfolio Recovery Associates, LLC and Defendant Equifax Information Services LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against both defendants may be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 11, 2012.

　　　　　　　　　　　　　　　　ANDERSON, OGILVIE & BREWER LLP

　　　　　　　　　　　　　　　　By:    /s/ Mark F Anderson
　　　　　　　　　　　　　　　　　　　Mark F. Anderson
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Michael J. Ulch

*Ulch v Portfolio Recovery Associates, et al.*, N.D.Cal., Case no. 11-05681 CRB MED
Stip re Dismissal                                                                                                                                     1

Dated: June 14, 2012

    */s/ Stephanie Cope*
Stephanie Cope (*pro hac vice*)
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Counsel for Equifax Information Services, LLC

Dated: June 11, 2012.

    /s/ *Tomio B. Narita*
Tomio B. Narita
R. Travis Campbell
Simmonds & Narita
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816

Counsel for Portfolio Recovery Associates LLC

Signed: June 19, 2012

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Ulch v Portfolio Recovery Associates, et al.*, N.D.Cal., Case no. 11-05681 CRB MED
Stip re Dismissal   2